DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIFF E. DOMINIQUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2122

[March 18, 2021]

Appeal of order dismissing rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit; Thomas Michael Lynch V, Judge; L.T. Case No. 13-7684CF10A.

Cliff E. Dominique, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***